Jennifer Pafiti (SBN 282790)
**POMERANTZ LLP**
468 North Camden Drive
Beverly Hills, CA 90210
Phone: 818-532-6499
Email: jpafiti@pomlaw.com

(*additional counsel on signature page*)

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DONA HOLMBERG, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>NANTHEALTH, INC., PATRICK SOON-SHIONG, and PAUL A. HOLT,<br><br>Defendants. | Case No. 2:17-cv-01824-BRO (MRWx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

TO: ALL PARTIES AND THEIR COUNSEL OF RECORD

WHEREAS, no defendant in the above-captioned action, Holmberg v. Nanthealth, Inc., et al., 2:17-cv-01824-BRO-MRW, brought before the United States District Court for the Central District of California, has served an answer or motion for summary judgment;

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff Dona Holmberg hereby voluntarily dismisses the above-captioned action, without prejudice, as to all defendants.

Dated: March 9, 2017

Respectfully submitted,

**POMERANTZ LLP**

_____
Jennifer Pafiti (SB # 282790)
468 North Camden Drive
Beverly Hills, CA 90210
Phone: 818-532-6499

NOTICE OF VOLUNTARY DISMISSAL
1

Email: jpafiti@pomlaw.com

Jeremy A. Lieberman
**POMERANTZ LLP**
600 Third Avenue
20th Floor
New York, NY 10016
Phone: 212-661-1100
Fax: 917-463-1044
Email: jalieberman@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Phone: 312-377-1181
Fax: 312-377-1184
Email: pdahlstrom@pomlaw.com

*Counsel for Plaintiff, Dona Holmberg*

NOTICE OF VOLUNTARY DISMISSAL
2